HALL, Respondent, v. CITY OF BELLE FOURCHE,
Appellant

(293 N. W. 631.)

(File No. 8368.   Opinion filed August 30, 1940.)

**Burton Penfold** and **Dan McCutcheon,** both of Belle
Fourche, for Appellant.

**Atwater & Helm,** of Sturgis, for Respondent.

PER CURIAM.   Defendant demurred to the complaint,
and has attempted to appeal from the order overruling the
demurrer.

SDC 33.0701 enumerates the orders which are
appealable.   An order which does not come within those
enumerated is not reviewable.   Moore v. Hahn, 65 S. D. 284,
273 N. W. 377.   An order sustaining or overruling a demur-
rer was within those enumerated in Section 3168, Rev. Code
1919.   This provision has been omitted from the South Da-
kota Code of 1939.   The order in question is an "intermedi-
ate order" from which there can be no appeal as a matter
of right.   SDC 33.0701 (6).   Since the order is not review-
able as a matter of right and there has been no allowance

of an appeal by this court, the attempted appeal must be dismissed. It is so ordered.

SMITH, P.J., and ROBERTS and RUDOLPH, JJ., concur.
POLLEY and WARREN, JJ., not sitting.